**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Defendant PENNSYLVANIA
HIGHER EDUCATION ASSISTANCE AGENCY
dba FEDLOAN SERVICING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL SILVER,<br><br>    Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, DBA FEDLOAN SERVICING,<br><br>    Defendant. | Case No. 3:14-cv-4317<br><br>**NOTICE OF REMOVAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING; DECLARATION OF DONALD E. BRADLEY** |

   Defendant Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing ("PHEAA") hereby removes to the Court this state action described below.

   1.   On April 8, 2014, an action was commenced in the Superior Court for the County of Marin, California, entitled Neil Silver v. Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing, Case No. CV 1401321 ("State Court Action"). A complete and accurate copy of the Complaint in that action is attached to the Declaration of Donald E. Bradley ("Bradley Decl.") as Exhibit 2.

2. The first date on which Defendant PHEAA received a copy of the Summons and Complaint that conferred jurisdiction upon this Court was August 27, 2014. Bradley Decl., ¶2. A complete and accurate copy of the Summons served upon PHEAA is attached to the Bradley Declaration as Exhibit 1.

3. Counsel is in the process of obtaining additional filings from the State Court Action and will supplement this Notice when they have been obtained.

4. Counsel is informed and believes, based on the electronic docket, that the following documents have been filed in the State Court Action. A complete and accurate copy of the electronic docket in this State Court Action is attached to the Bradley Declaration as Exhibit 3:

    a. Complaint filed April 8, 2014;
    b. Summons issued April 8, 2014;
    c. Minute Order posted June 18, 2014;
    d. Amended Complaint filed July 14, 2014;
    e. Summons issued July 14, 2014;
    f. Notice of Change of Address filed July 14, 2014;
    g. Minute Order posted July 18, 2014;
    h. Minute Order posted August 28, 2014;

5. To the extent additional documents exist in the case file in the State Court Action, they will be submitted with the supplement to this notice.

6. This removal is timely in that it is being filed and served within 30 days of the date that PHEAA, the only Defendant, received a copy of Plaintiff's Complaint containing the basis for removal.

7. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court pursuant to 28 U.S.C. §1441(b) in that it arises under the federal Fair Debt Collection Practices Act, codified at 15 U.S.C. §§1692a-p, as pled on the face of

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

915068.1
2
Case No. 3:14-cv-4317
NOTICE OF REMOVAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING; DECLARATION OF DONALD E. BRADLEY

1  Plaintiff's Complaint.  This Court may exercise supplemental jurisdiction over any
2  alleged state law claims pursuant to 28 U.S.C. §1367(a).
3
4  DATED: September 25, 2014	MUSICK, PEELER & GARRETT LLP
5
6
7	By:  */s/  Donald E. Bradley*
         Donald E. Bradley
8        Attorneys for Defendant PENNSYLVANIA
         HIGHER EDUCATION ASSISTANCE
9        AGENCY dba FEDLOAN SERVICING

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

915068.1
3
Case No. 3:14-cv-4317
NOTICE OF REMOVAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING: DECLARATION OF DONALD E. BRADLEY

### **DECLARATION OF DONALD E. BRADLEY**

I, Donald E. Bradley, hereby declare:

1. I am an attorney licensed to practice in the State of California and I am a partner in the law firm of Musick, Peeler & Garrett LLP, attorneys of record for Defendant Pennsylvania Higher Education Assistance Agency dba FedLoan Servicing ("PHEAA"). I have personal knowledge of the facts stated in this declaration and if sworn as a witness, could and would competently testify truthfully to the facts.

2. Defendant PHEAA first received the Summons and Complaint in this action on August 27, 2014.

3. Complete and accurate copies of the Summons and Complaint in the State Court Action are attached as Exhibits 1 and 2.

4. A complete and accurate copy of the electronic docket in the State Court Action is attached as Exhibit 3.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 25th day of September, 2014, at Costa Mesa, California.

*/s/ Donald E. Bradley*
Donald E. Bradley

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

915068.1    4    Case No. 3:14-cv-4317
NOTICE OF REMOVAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING; DECLARATION OF DONALD E. BRADLEY

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On September 25, 2014, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING; DECLARATION OF DONALD E. BRADLEY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Musick, Peeler & Garrett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 25, 2014, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

915068.1

5

Case No. 3:14-cv-4317

NOTICE OF REMOVAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING: DECLARATION OF DONALD E. BRADLEY

**SERVICE LIST**

Todd M. Friedman
Nicholas J. Bontrager
Suren N. Weerasuriya
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Drive, Suite 725
Beverly Hills, CA  90212
Phone:  (877) 206-4741
Fax:     (866) 633-0228
Email: tfriedman@attorneysforconsumers.com
*Attorneys for Plaintiff*

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

915068.1
6
Case No. 3:14-cv-4317
NOTICE OF REMOVAL OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY DBA FEDLOAN SERVICING; DECLARATION OF DONALD E. BRADLEY